IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD ONTIVEROS,

    Petitioner,                   2:07-cv-2456-GEB- KJM-P

    vs.

R.J. SUBIA, Warden,

    Respondent.               ORDER

_____/

        Petitioner has filed a timely notice of appeal from this court's March 13, 2009 order granting respondent's motion to dismiss and dismissing this habeas action. Petitioner has requested the issuance of a certificate of appealability. However, in this circuit, under 28 U.S.C. § 2253(c), "a COA is not required when a state prisoner challenges an administrative decision regarding the execution of his sentence." White v. Lambert, 370 F.3d 1002, 1010 (9th Cir. 2004); see also Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005) (per curiam). As the target of petitioner's habeas petition is an administrative disciplinary decision, not a state court proceeding, no COA is necessary. Id.

/////

/////

1

IT IS THEREFORE ORDERED that petitioner's request for the issuance of a certificate of appealbility is denied as unnecessary.

Dated: April 4, 2009

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge